KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUKHNANDAN SINGH-KARTAR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, Attorney General ) <br> of the United States; MICHAEL CHERTOFF, ) <br> Secretary of the Department of Homeland ) <br> Security; NANCY ALCANTAR, Field Director ) <br> of Detention and Removal of Immigration and ) <br> Custom Enforcement, ) <br> ) <br> Respondents. ) <br> ) | No. C 06-2382 MHP <br><br> **STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

    Respondents' Opposition to Habeas Petition due:    May 16, 2006

    Petitioner's Reply:    May 30, 2006

    Hearing:    June 12, 2006, at 2:00 p.m.

Stip to Briefing Schedule; and [Proposed] Order
C-06-2382 MHP

| | | |
|---|---|---|
| 1 | Dated: April 24, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney |
| 8 | Date: April 24, 2006 | _____/s/_____<br>ROBERT VOLZ |
| 9 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 26, 2006

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Stip to Briefing Schedule; and [Proposed] Order
C-06-2382 MHP