KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUKHNANDAN SINGH-KARTAR, <br><br> Petitioner, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Director of Detention and Removal of Immigration and Custom Enforcement, <br><br> Respondents. | No. C 06-2382 MHP <br><br> **STIPULATION TO VACATE HEARING DATE AND HOLD PROCEEDINGS IN ABEYANCE; and [PROPOSED] ORDER** |

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby agree to stipulate as follows:

1. On July 17, 2006, the Court ordered the parties to submit additional supplemental briefing, and scheduled a tentative hearing for July 31, 2006.

2. Respondents submitted their Supplemental Brief on July 19, 2006, and Petitioner submitted their Supplemental Brief on July 21, 2006.

3. The parties are considering a possible resolution of the case, and in the interest of conserving judicial resources and promoting an efficient determination of the action, the parties

Stip to Hold Case in Abeyance
C06-2382 MHP

respectfully request that the Court vacates the July 31, 2006 hearing, and within 7 calendar days, the parties shall move this Court for appropriate relief.

Date: July 24, 2006                              Respectfully submitted,

                                                 KEVIN V. RYAN
                                                 United States Attorney


                                                 _____/s/_____
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Respondents



                                                 _____/s/_____
Date: July 24, 2006                              ROBERT VOLZ
                                                 Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  July 25, 2006

                                                 _____
                                                 MARILYN HALL PATEL
                                                 United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stip to Hold Case in Abeyance
C06-2382 MHP