```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Respondents
 8
 9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION
12
    SUKHNANDAN SINGH-KARTAR,           )
13                                     )   No. C 06-2382 MHP
                                       )
14              Petitioner,            )
                                       )
15       v.                            )   STIPULATION TO DISMISS AND
                                       )   [PROPOSED] ORDER
16  ALBERTO GONZALES, Attorney General )
    of the United States; MICHAEL CHERTOFF, )
17  Secretary of the Department of Homeland )
    Security; NANCY ALCANTAR, Field Director )
18  of Detention and Removal of Immigration and )
    Custom Enforcement,                )
19                                     )
                Respondents.           )
20  _____)
```

21     Subject to the Court's approval, the parties hereby stipulate to dismissal of the action because
22 the United States Immigration and Customs Enforcement ("ICE") has agreed to release Petitioner
23 from custody with conditions.
24     The parties will bear their own costs and fees.
25 ///
26 ///
27
28

Stip to Dismiss
C-06-2382 MHP

| | | |
|---|---|---|
| 1 | Date: August 2, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____ |
| 6 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 7 | | |
| 8 | | |
| 9 | Date: August 1, 2006 | _____/s/_____<br>ROBERT VOLZ |
| 10 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/4/06

MARILYN HALL PATEL
United States District Judge

Stip to Dismiss
C-06-2382 MHP